RECEIVED
JAN 27 2006
MICHAEL W. ROBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

Ron Haddad Junior

VS.

Dominican University and Sallie Mae Servicing

**06C 0506**

**JUDGE KENDALL**

**MAGISTRATE JUDGE MASON**

**COMPLAINT**

    I am suing Dominican University for wire fraud (reverse telemarketing), deceptive practices, defamation of credit, and harassment, and purposely not serving me with prior notice to legal action against me at the Daley Center where I was only served with the results being a Default Judgment. Had I known of legal action pending against me, I would have mounted a defense arising from this information and filing for Pauper Status, Appointment of Counsel and so on. Dominican University lied to me that I would receive medical, dental, and money-in-pocket benefits upon my enrollment. I enrolled and was told I can only be a part-time student since I was new. My part-time status was then used to deny me benefits and tell me to wait for next semester when I can be full-time. Upon next semester, I was again denied benefits this time because I did not have a prior history of being a full-time student at Dominican University. I was seen by Dominican Doctors for rhespitory problems I had and they did nothing beyond a standard physical exam and useless conversation. The benefits conversations occurred by phone.

    I am suing Sallie Mae for wire fraud, deceptive practices, defamation of credit, and harassment and predatory lending with intent to defraud and mail fraud. My father and Sallie Mae convinced me to sign the form that makes me responsible for the debt but they both only told me it was for identity verification of the student enrolled. They both told me I need not bother reading the form and just to sign it. By signing that form, I unknowingly obligated myself to owing money I never had and don't have. Sallie Mae purposely did not inform me that anyone who wants to assume the debt can sign the form separate from the student enrolled. My father said he was going to put me through school and told me not to worry about it because he would take care of it but I ended up in this situation anyway. Sallie Mae lied to me in telling me to sign the form that put me in this situation as they told me not to read the form and to sign for to verify my identity as the student.

    I tried reasoning this out by phone with Sallie Mae as I told them this story on many different occasions. They do not care. Sallie Mae says they record calls they receive which makes the tape I have of my 11/16/2005 call to them admissible as

evidence of their intent to defraud me and admission of how they already defrauded me especially as I was unsuccessfully silenced by them in that call I made. That call confirms their knowledge of and intent to rob people by deceiving them by phone into signing forms supposedly for verifying the identity of the student enrolled when in fact, they are signing themselves into a hole they are not intended by Sallie Mae or Dominican to get out of.

Further evidence to support my basis for complaint: I was duped into obligating myself for a $10,000.00 total debt I could not and was not able to afford. This was done as stated above which resulted in me allegedly "benefiting" from Sallie Mae by Sallie Mae paying/ loaning, half of the tuition cost. After a while of course, I learned of my being in debt to Sallie Mae and to Dominican University for money I never had or planned on getting at any time. I am supposed to be fooled (as many victims in scams like this are) into believing I "benefited" from Sallie Mae "paying half" of the tuition which supposedly means I only owe $5,000.00 to Dominican University even though Sallie Mae wants to be re-paid for their paying half of my tuition since they are a loan-agency. This amounts to me owing $10,000.00 whether I owe it all to Dominican University or half to Sallie Mae and half to Dominican University. Neither Sallie Mae or Dominican University inquired or cared about my ability to pay or my knowledge of even being the debtor since my father told me that he was going to take care of it all and told me to just sign the forms. I lived with and still live with my parents and I buy my own food and clothes and have worked in pizza delivery, security, telemarketing and like jobs that are not enough to get me my own home or even my own car and are certainly not enough to convince me to enter into a situation such as this. If my father was straight with me and if the Defendants were straight with me about the fact that I was going to be the debtor instead of my father, I never would have enrolled or even gotten involved with Dominican University to begin with.

I seek damages of $300,000.00 total and restoration of my credit and return of anything at all that has been paid to Sallie Mae. I also plead for a restraining order against each Defendant for the duration of this case. This case is an ongoing situation and not an incident that occurred at a given date. I also seek recession of all depts.

Sincerely, *[signature]*
Ron Haddad Junior
126 Park Ave.
River Forest, Illinois
60305

DATE: 1/26/2006